# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GWENDLYN JORDAN, | Case No.: 2:24-cv-00945-APG-EJY |
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| AMERICAN FAMILY INSURANCE COMPANY, | |
| Defendant | |

I ORDER that plaintiff Gwendlyn Jordan's certificate of interested parties (ECF No. 8) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify Jordan's citizenship as required by the amendment to that rule.

I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by June 20, 2024.

DATED this 6th day of June, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE