ALISON M. BRASIER, ESQ.
Nevada Bar No. 10522
**HICKS & BRASIER, PLLC**
2630 S. Jones Blvd
Las Vegas, Nevada 89146
Phone: (702) 628-9888
Fax: (702) 960-4118
E-Mail: abrasier@lvattorneys.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

GWENDLYN JORDAN, individually,

        Plaintiff,

vs.

AMERICAN FAMILY INSURANCE
COMPANY, a Foreign Corporation; DOES
1 through 10; ROE ENTITIES 11 through
20, inclusive jointly and severally,

        Defendants.

CASE NO: 2:24-cv-00945-APG-EJY

**STIPULATION AND ORDER WITHDRAWING DEFENDANT'S MOTION TO DISMISS (EFC NO. 6)**

Plaintiff GWENDLYN JORDAN and Defendant, AMERICAN FAMILY INSURANCE COMPANY, by and through their undersigned counsel, hereby agree and stipulate as follows:

///

///

///

///

///

///

Defendant's Motion to Dismiss (EFC No. 6) shall be withdrawn and no opposition to such shall be due from Plaintiff.

The parties have recently submitted a Stipulation to allow Plaintiff to file an Amended Complaint (EFC No. 11).

The foregoing stipulation does not affect Defendant's rights with respect to any responsive pleadings in regard to Plaintiff's proposed Amended Complaint.

DATED THIS 10th day of June, 2024            DATED this 10th day of June, 2024.

**HICKS & BRASIER, PLLC**                    **MCCORMICK, BARSTOW, SHEPPARD WAYTE & CARRUTH LLP**

 _/s/ Alison Brasier_                          _/s/ Jonathan Carlson_
ALISON M. BRASIER, ESQ.                      JONATHAN W. CARLSON, ESQ.
Nevada Bar No. 10522                         Nevada Bar No. 10536
2630 S. Jones Blvd.                          PAMELA L. MCGAHA, ESQ.
Las Vegas, Nevada 89146                      Nevada Bar No. 8181
*Attorneys for Plaintiff*                    SEAN E. CORTNEY, ESQ.
                                             Nevada Bar No. 16218
                                             8337 West Sunset Road, Suite 350
                                             Las Vegas, Nevada 89113
                                             *Counsel for Defendant*


### ORDER

IT IS SO ORDERED.

_____
United States District Judge

DATED: June 11, 2024