McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  jonathan.carlson@mccormickbarstow.com
Pamela L. McGaha
Nevada Bar No. 8181
  pamela.mcgaha@mccormickbarstow.com
Sean E Cortney
Nevada Bar No. 16218
  sean.cortney@mccormickbarstow.com
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101

Attorneys for DEFENDANT AMERICAN
FAMILY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GWENDLYN JORDAN,<br><br>              Plaintiff,<br><br>         v.<br><br>AMERICAN FAMILY INSURANCE COMPANY, a Foreign Corporation; DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive jointly and severally,<br><br>              Defendants. | Case No. 2:24-cv-00945-APG-EJY<br><br>**STIPULATION AND ORDER RE DISMISSAL** |

IT IS HEREBY STIPULATED by Plaintiff GWENDLYN JORDAN, by and through her counsel of record, and Defendant AMERICAN FAMILY INSURANCE COMPANY, by and through its counsel of record that the above-entitled matter be dismissed with prejudice.

Each party to bear their own costs and attorneys' fees.

/ / /

/ / /

/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

Case No. 2:24-cv-00945-APG-EJY
STIPULATION AND ORDER RE DISMISSAL

1  IT IS SO STIPULATED.

2  Dated: July ___, 2024                             HICKS & BRASIER, PLLC

4                                        By: /s/ Nicole C. Bolick, Esq 15015
                                             Alison M. Brasier
5                                            Nevada Bar No. 10522
                                             2630 S. Jones Blvd
6                                            Las Vegas, Nevada 89146
7                                            Phone: (702) 628-9888
                                             Attorneys for Plaintiff

10 Dated: July 9 (August), 2024              McCORMICK, BARSTOW, SHEPPARD,
                                             WAYTE & CARRUTH LLP

13                                       By: /s/Jonathan W. Carlson
                                             Jonathan W. Carlson
14                                           Nevada Bar No. 10536
                                             Pamela L. McGaha
15                                           Nevada Bar No. 8181
                                             Sean E Cortney
16                                           Nevada Bar No. 16218
17                                           Attorneys for Defendant

### ORDER

IT IS SO ORDERED.

DATED this 12th day of August, 2024

By: _____
    UNITED STATES DISTRICT JUDGE

032193-000457 10086011.1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

2                                              Case No. 2:24-cv-00945-APG-EJY
STIPULATION AND ORDER RE DISMISSAL